No. 04–7237. WATKINS v. TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 04–7239. WILMS v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 04–7240. MORRIS v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7243. RUFFIN v. MECHLING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7244. SPENCER v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 04–7245. NALI v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–7247. SMITH v. LEWIS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7252. MCKINNEY v. HUMPHREY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–7255. NIMMONS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–7256. PHIFER v. WABASH VALLEY CORRECTIONAL FACILITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–7258. DAVIS v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7261. THOMAS v. CREDIT-BASED ASSET SERVICING & SECURITIZATION, LLC. Ct. App. Ga. Certiorari denied.

No. 04–7263. SANDERS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7265. ACKER v. ROOSE ET AL. C. A. 9th Cir. Certiorari denied.